United States District Court
Southern District of Texas

**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BOBINO, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04202 |
| | § | |
| PNC BANK NATIONAL ASSOCIATION, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 7, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 13). Judge Bryan filed a *Memorandum and Recommendation* on June 1, 2026, recommending that Defendant's Motion to Dismiss (Dkt. 8) be granted. (Dkt. 27).

On June 15, 2026, Plaintiff filed his objections. (Dkt. 30). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 30) are **OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and*

*Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1)    Judge Bryan's *Memorandum and Recommendation* (Dkt. 27) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    Defendant's Motion to Dismiss (Dkt. 8) is **GRANTED**; and

(3)    Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on June 24, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE